**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000179**
**23-JUN-2015**
**09:25 AM**

NO. CAAP-15-0000179

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WELLS FARGO BANK, N.A., Plaintiff-Appellee,
v.
JOHNNY GUILLERMO BACARRO, SONIA CABANGON BACARRO,
Defendants-Appellants,
and
JOSELITO V. TECSON, HELEN GRACE BACARRO TECSON,
CSEA, STATE OF HAWAI'I, Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, and DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-3295-12)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On March 20, 2015, Defendants-Appellants Johnny Guillermo Bacarro and Sonia Cabangon Bacarro (Appellants), pro se, filed a notice of appeal;

(2) On April 22, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified Appellants that the statement of jurisdiction and opening brief were due by May 4, 2015, and June 1, 2015, respectively;

(3) Appellants did not file either document;

(4) On June 8, 2015, the appellate clerk notified Appellants that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on June 18, 2015, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellants did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 23, 2015.

Presiding Judge

Associate Judge

Associate Judge